LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                                                                                      FAX (212) 964-2926

March 14, 2022

Katherine Polk Failla
United States District Court
40 Foley Square
New York, N.Y. 10007



*Re: U.S. v. Daquan Garnett*
21 Cr. 414 (KPF)

Your Honor:

     I write to request an extension of time for the co-signer to sign Daquan Garnett's bond which was to be co-signed by Friday, March 11, 2022. The co-signer, Mr. Garnett's girlfriend Ebony Holmes, with whom he lives and shares children, was interviewed and approved by the U.S. Attorney's Office on Friday but Ms. Holmes has not been able to print and sign the bond. Her printer is out of ink and she was sent the wrong replacement ink. We anticipate that Ms. Holmes will be able to print, sign and email the bond, triggering a Magistrate Court call during which she will swear to the bond by Thursday, March 17, 2022.

     The government, by Thomas Wright, Esq, consents to this application Therefore I request that the Court extend the time by which Mr. Garnett's co-signer must sign the bond to March 17, 2022.

                                       Respectfully,

                                       *Lisa Scolari*
                                       Lisa Scolari

```
Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry
63.
```

                                       SO ORDERED:

```
Dated:   March 14, 2022
         New York, New York
```

                                       _____
                                       KATHERINE POLK FAILLA