LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899             March 29, 2022            FAX (212) 964-2926

Katherine Polk Failla
United States District Court
40 Foley Square
New York, N.Y. 10007



*Re: U.S. v. Daquan Garnett*
21 Cr. 414 (KPF)

Your Honor:

     I write to request a temporary modification of Daquan Garnett's bond so that he may spend an afternoon visiting his gravely ill grandmother in a NYC hospital on March, 31, 2022. Mr. Garnett has been released on a fifty thousand dollar ($50,000.00) bond cosigned by on suretor and is on home detention, with permission to work.

     Both the government, by Thomas Wright, Esq., and Pretrial Officer Ashley Cosme, consent to this request. Therefore I request that Mr. Garnett be permitted to leave his home in New Jersey and spend at least four hours with his grandmother in the hospital on March 31, 2022. If the Court grants this request, Mr. Garnett will provide the details of the visit and work out the timing with his pretrial officer.

                                                                                       Respectfully,

                                                                                      *Lisa Scolari*
                                                                                      Lisa Scolari

```
Application GRANTED.

The Court sends its best wishes to Mr. Garnett's grandmother.

The Clerk of Court is directed to terminate the motion at docket entry
68.

                                             SO ORDERED.


Dated:   March 29, 2022
         New York, New York

                                             HON. KATHERINE POLK FAILLA
                                             UNITED STATES DISTRICT JUDGE
```