LISA SCOLARI  
Attorney at Law  
20 VESEY STREET, SUITE 400  
NEW YORK, NEW YORK 10007  
scolarilaw@gmail.com

TEL. (212) 227-8899                                                                                              FAX (212) 964-2926

April 14, 2022

Katherine Polk Failla  
United States District Court  
40 Foley Square  
New York, N.Y. 10007



*Re: U.S. v. Daquan Garnett*  
21 Cr. 414 (KPF)

Your Honor:

      I write to request a temporary modification of Daquan Garnett's bond so that he may accompany his fiancee and their daughter to a petting zoo Saturday afternoon, April 16, 2022. He would like to attend this event in lieu of an Easter Celebration because he is working on Easter. If the Court permits, Mr. Garnett will discuss the specific hours he can be out of his home and the location of the event with his pretrial officer. Mr. Garnett has been released on a fifty thousand dollar ($50,000.00) bond cosigned by his fiancee and is on home detention, with permission to work.

      The government, by Thomas Wright, Esq., consents to this request. I have not been able to reach the SDNY Pretrial Officer Ashley Cosme or her counterpart who is supervising Mr. Garnett in NJ, but I believe that he has been complaince with his release conditions. Therefore I request that Mr. Garnett be permitted to leave his home and spend the afternoon at a petting zoo with his family, in New Jersey on April 16, 2022.

Respectfully,  
*Lisa Scolari*  
Lisa Scolari

SO ORDERED:

*Katherine Polk Failla*  
_____  
KATHERINE POLK FAILLA

Dated:  April 15, 2022  
          New York, New York