LISA SCOLARI<br>
Attorney at Law<br>
20 VESEY STREET, SUITE 400<br>
NEW YORK, NEW YORK 10007<br>
scolarilaw@gmail.com

TEL. (212) 227-8899                                 FAX (212) 964-2926

April 25, 2022

Katherine Polk Failla  
United States District Court  
40 Foley Square  
New York, N.Y. 10007



*Re: U.S. v. Daquan Garnett*  
21 Cr. 414 (KPF)

Your Honor:

      I write to request temporary modifications of Daquan Garnett's bond so that he may attend the wake, funeral, and family gathering relating to his grandmother's death. Mr. Garnett is currently on home detention with the ability to work. If permitted, on Wednesday April 27, 2022, Mr. Garnett will leave his home in New Jersey at 11:30 to attend the wake at Manhattan Funeral Services, 300 104th Street, in New York from 1:00 to 6:00 p.m. Thereafter he will return to his home by 7:30. On Thursday, April 28, 2022, Mr. Garnett will leave his home at 8:30 to attend the 10:45 burial service at St. Raymond's Cemetery, 2600 Lafayette Ave., in the Bronx. Finally, after the burial, Mr. Garnett would like to attend the family gathering at his sister's Tynaisha Wan's home in the Bronx. He requests permission to return to his home by 9:30 p.m.

      Mr. Garnett is scheduled to appear for a conference with the Court at 11:00 on April 28, 2022. If the Court permits, I will appear and waive his appearance. Mr. Garnett consents to this request.

      The government, by Thomas Wright, Esq., and Pretrial Officer Ashley Cosme consent to the foregoing applications. Therefore, I request that the Court approve the foregoing temporary bond modifications.

Respectfully,  
*Lisa Scolari*  
Lisa Scolari

SO ORDERED:

*Katherine Polk Failla*  
_____  
KATHERINE POLK FAILLA

The Clerk of Court is directed to terminate the motion at docket entry 77.

Dated: April 25, 2022  
       New York, New York