LISA SCOLARI  
Attorney at Law  
20 VESEY STREET, SUITE 400  
NEW YORK, NEW YORK 10007  
scolarilaw@gmail.com  
(212) 227-8899

August 20, 2022

Katherine Polk Failla
United States District Court
40 Foley Square
New York, N.Y. 10007
via ECF



Re: *U.S. v. Daquan Garnett*
21 Cr. 414 (KPF)

Your Honor:

    I write to request a modification of Daquan Garnett's bond so that he may take his daughter to a park twice a week for three hours. Currently, Mr. Garnett is on home detention with electronic monitoring and permitted to leave home for work.

    Mr. Garnett lives with his significant other and young daughter. When the child's mother is at her full time job, Mr. Garnett is her caretaker. He would like to be to take his daughter to a local park twice a week so she is not completely confined to home when he is parenting her.

    Pretrial Officer Ashley Cosme has no objection to this request and the government, by Thomas Wright, Esq., takes no position. If the Court grants this application, Mr. Garnett will arrange a schedule of twice weekly three hour park visits with his pretrial officer.

Respectfully,

*Lisa Scolari*

Lisa Scolari

---

```
Application granted.  The Clerk of Court is directed to terminate the
motion at docket entry 114.
```

SO ORDERED:

_____
KATHERINE POLK FAILLA

Dated:  August 22, 2022
        New York, New York