

LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

September 14, 2022

Katherine Polk Failla
United States District Court
40 Foley Square
New York, N.Y. 10007

*Re: U.S. v. Daquan Garnett*
21 Cr. 414 (KPF)

Your Honor:

    I write to request a temporary modification of Daquan Garnett's bond so that he may attend two events held by his family in honor of their late matriarch's life. The first memorial will be conducted for a few hours on September 16, 2022 at St. Raymond's Cemetery in the Bronx and the second for three hours on September 17, 2022 in Morningside Park in Manhattan. If the Court approves this application, Mr. Garnett will clear the specific times of his attendance at and location of each event with his pretrial officer.

    S.D.N.Y. Pretrial Officer Ashley Cosme has no objection and the government, by Thomas Wright, Esq., takes no position on this applicaton. Therefore I request that Mr. Garnett be permitted to attend each of the forgoing events on September 16 and 17, 2022.

Respectfully,

*Lisa Scolari*
Lisa Scolari

```
Application GRANTED.


Dated:    September 14, 2022
          New York, New York
```

SO ORDERED:

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA