

LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

October 20, 2022

Katherine Polk Failla
United States District Court
40 Foley Square
New York, N.Y. 10007
via ECF

***Re: U.S. v. Daquan Garnett***
21 Cr. 414 (KPF)

Your Honor:

    I write to request a modification of Daquan Garnett's bond from home detention to a curfew, with hours to be set by pretrial. Pretrial Officer Ashley Cosme has no objection to the modification and the government, by Thomas Wright, Esq., consents to the modification with the proviso that Mr. Garnett will not go to Manhattan without specific advance permission to do so.

    If the Court grants this request, Mr. Garnett will consult with pretrial regarding the hours of his curfew.

                            Respectfully,

                            *Lisa Scolari*

                            Lisa Scolari

```
Application GRANTED.  Mr. Daquan Garnett is no longer subject to
home detention.  Instead, he shall abide by a curfew with hours to
be determined by pretrial services.  Any travel to Manhattan without
advance permission from pretrial services will be considered a
violation of the terms of Mr. Garnett's supervision.  The other
terms of Mr. Garnett's supervision, delineated at docket entry 46,
remain unchanged.

The Clerk of Court is directed to terminate the motion at docket
entry 132.

                                     SO ORDERED.

Dated:    October 20, 2022
          New York, New York
```

                            HON. KATHERINE POLK FAILLA
                            UNITED STATES DISTRICT JUDGE