**MEMO ENDORSED**

LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

October 20, 2022

Katherine Polk Failla
United States District Court
40 Foley Square
New York, N.Y. 10007

*Re: U.S. v. Daquan Garnett*
21 Cr. 414 (KPF)

Your Honor:

    I write to request a temporary modification of Daquan Garnett's bond so that he may help set up for and attend a birthday party for his daughter in Manhattan on October 29, 2022. The party will be held from 4:00-8:00 p.m at an event space and Mr. Garnett would like permission to arrive at 3:00 to help prepare for the party. If the Court permits this temporary modification, Mr. Garnett will provide his pretrial officer with the specific address of the party.

    S.D.N.Y. Pretrial Officer Ashley Cosme has no objection and the government, by Thomas Wright, Esq., takes no position on this application. Therefore I request that Mr. Garnett be permitted to attend the party in Manhattan on October 29, 2022.

Respectfully,

*Lisa Scolari*

Lisa Scolari

```
Application GRANTED.  The Clerk of Court is directed to terminate
the motion at docket entry 134.
```

```
Dated:    October 21, 2022              SO ORDERED.
          New York, New York
```

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE